Cite as 2022 Ark. 171

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** September 29, 2022

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON MODEL JURY
INSTRUCTIONS - CIVIL

## PER CURIAM

Casey Castleberry, Esq., of Batesville; Joseph Falasco, Esq., of Little Rock; Angilynn Taylor, Esq., of Hope; and Robert F. Thompson III, Esq., of Paragould are reappointed to the Arkansas Supreme Court Committee on Model Jury Instructions - Civil for three-year terms to expire on September 30, 2025. The Court extends its appreciation to these members for their continued service.

Maureen Hazinski Harrod, Esq., of Heber Springs, is appointed to the committee for a three-year term to expire September 30, 2025. We thank Ms. Harrod for her willingness to accept appointment to this important committee.

The Court extends its gratitude to Jackie Harris, Esq., of Pine Bluff, whose term has expired, for his service to this committee.